## THIRD DISTRICT.

**Milo Wheeler, appellee, v. Cyrus O. Loveless, appellant.**
Action for broker's commission on sale or exchange of real estate. Judgment for plaintiff. Appeal from the County Court of Macoupin county; the Hon. Andrew J. Duggan, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.

Jesse Peebles, for appellant. Truman A. Snell, for appellee.
Mr. Justice Heard delivered the opinion of the court.

**William H. Hartlipp, appellee, v. George Wiemer, appellant.**
Action for breach of warranty of a tractor. Judgment for plaintiff. Appeal from the Circuit Court of Logan county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed April 22, 1922.

J. O. Jones and Covey & Woods, for appellant. Harold F. Trapp, for appellee.
Mr. Justice Heard delivered the opinion of the court.

**Adolph Oberle, appellee, v. Louis Lessman, appellant.**
Action for profits made in a partnership transaction for the purchase and sale of corn. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1921. Reversed and remanded. Opinion filed April 22, 1922.

Hill & Bullington, for appellant. Lane, Dryer & Brown, for appellee.
Mr. Justice Heard delivered the opinion of the court.

**Floyd J. Hutson and William H. Nicholson, defendants in error, v. John Barton Payne, agent, operating the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company, plaintiff in error.**
Action for damage to a truck struck by defendant's passenger engine. Judgment for plaintiffs. Error to the Circuit Court of Coles county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.

George B. Gillespie, for plaintiff in error; L. J. Hackney, H. A. Neal and George B. and George M. Gillespie, of counsel. Albert C. and Ben F. Anderson, for defendants in error.
Mr. Justice Heard delivered the opinion of the court.